In re Allen, Earnest Michael; Anderson, Melvin; Bailey, Curtis; Baker, Dwayne; Bedford, Draper; Brumfield, Jimmy; Buckner, Sterling; Caston, Frank; Ca-ston, Sonny; Cho, Ju Hyun; Davis, Frederick Domino; De Salvo, Carlo; Dick, Wesley; Dilosa, Kennth; Ford, Larry; Ford, Terrence; Fradella, Frank; Fradel-la, Frank; Goodwin, Leslie; Hall Sr., Lawrence; Harris, Darron; Hayes, Rudolph; Isaac, Milton; Jefferson, Elton; Lynch, Clyde; Magee, Daniel; Meyers, Kim; Mills, Kenny; Neidhart, Gayle; Overby, William; Parent, Craig; Pendleton, James; Perkins, Malcolm; Poole, Don; Richard, Joseph; Robinson, Prentice; Scott, Edmond; Skinner, Lakyia; Temple, Kennan; Turner, Kendrick; Tyler, Floyd; Weber, George; — Plaintiff(s); Applying For Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. D, No. 567,386; to the *346 Court of Appeal, First Circuit, No. 2009 CA 1667.
Denied.